**Order entered September 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01066-CV

## IN RE CHRISTOPHER P. ROBERTS, INSURANCE SAFETY CONSULTANTS, LLC AND INSURANCE LOSS CONTROL SERVICES OF AMERICA, LLC, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00056-K**

## ORDER

Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    DAVID EVANS
       JUSTICE